# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHON JORDAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76910

FILED

OCT 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 25, 2018. Appellant did not file the notice of appeal, however, until September 5, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____ J.
Gibbons

_____Hardesty_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-39111

cc: Hon. Eric Johnson, District Judge
Stephon Jordan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk